583 A.2d 316

DU–WEL PRODUCTS, INC., ETC. v. UNITED STATES FIRE INSUR-
ANCE COMPANY, ETC.

February 6, 1990.

Petition for certification denied.   (See 236 *N.J.Super.* 349,
565 *A.*2d 1113)

583 A.2d 316

THOMAS MIZERAK v. COUNTY OF MIDDLESEX, ETC.

February 6, 1990.

Petition for certification denied.   (See 230 *N.J.Super.* 577,
554 *A.*2d 476)

583 A.2d 316

THOMAS J. REILLY v. MARK A. SANTOMENNA.

February 6, 1990.

Petition for certification denied.

583 A.2d 317

FLORENCE B. ETLINGER v. ANNABEL REID.

February 6, 1990.

Petition for certification denied.